

# Fourth Court of Appeals
## San Antonio, Texas

May 1, 2013

No. 04-13-00265-CR

**IN RE** Richard **MANZANO**

Original Mandamus Proceeding[1]

**ORDER**

Sitting:       Catherine Stone, Chief Justice
                Karen Angelini, Justice
                Marialyn Barnard, Justice

On April 25, 2013, Relator Richard Manzano filed a petition for writ of mandamus complaining the trial court has failed to give him the proper jail credit for time served. However, relator has the burden of providing this court with a record sufficient to establish his right to mandamus relief. *See* TEX. R. APP. P. 52.3(k)(1); TEX. R. APP. P. 52.7(a); *Walker v. Packer*, 827 S.W.2d 833, 837 (Tex. 1992) (orig. proceeding). Relator has failed to provide us with a record to support his claims. Accordingly, Relator's petition for writ of mandamus is DENIED. *See* TEX. R. APP. P. 52.8(a). The court's opinion with issue at a later date.

It is so **ORDERED** on May 1, 2013.

_____
Catherine Stone, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 1st day of May, 2013.

_____
Keith E. Hottle
Clerk of Court

---

[1] This proceeding arises out of Cause No. 2011CR2076, styled *State of Texas v. Richard Manzano*, pending in the 437th Judicial District Court, Bexar County, Texas, the Honorable Lori I. Valenzuela presiding.